# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Bernard Berger, Craig Johnson, Gregory Cahillane, and Albertine Connell

**DEFENDANTS**
The Art Institute of Chicago, an Illinois Not-For-Profit Corporation

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office of John Bishof, P.C.
77 West Washington St., Suite 1910, Chicago, IL 60602
312-630-2048

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 791 Empl. Ret. Inc. Security Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Violation of ERISA Sec. 510, 29 U.S.C. §1140
Violation of ADEA, 29 U.S.C. § 623(a)(1)

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ >$75,000.00
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 7/15/08
SIGNATURE OF ATTORNEY OF RECORD: /s/ John S. Bishof, Jr.