**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Bernard Berger, Craig Johnson, Gregory Cahillane, and Albertine Connell, Plaintiffs<br>v.<br>The Art Institute of Chicago, an Illinois Not-For-Profit Corporation, Defendant | FILED: JULY 16, 2008<br>08CV4023<br>JUDGE CONLON<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

PH

| |
|---|
| NAME (Type or print)<br>John S. Bishof, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John S. Bishof, Jr. |
| FIRM<br>Law Office of John Bishof, P.C. |
| STREET ADDRESS<br>77 West Washington St. Suite 1910 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>219326 | TELEPHONE NUMBER<br>312-630-2048 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐