## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Bernard Berger, Craig Johnson, Gregory Cahillane, and Albertine Connell, Plaintiffs<br>v.<br>The Art Institute of Chicago, an Illinois Not-For-Profit Corporation, Defendant | FILED: JULY 16, 2008<br>08CV4023<br>JUDGE CONLON<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

PH

---

NAME (Type or print)
 Jennifer Ann Clark

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
 s/ Jennifer Ann Clark

FIRM
 Law Office of John Bishof, P.C.

STREET ADDRESS
 77 West Washington St. Suite 1910

CITY/STATE/ZIP
 Chicago, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289231 | TELEPHONE NUMBER<br>312-630-2048 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐