## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4023　　　　　　Assigned/Issued By: j. n.

Judge Name: conlon　　　　　　Designated Magistrate Judge: ashman

---

### FEE INFORMATION

*Amount Due:*　　☑ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____　　Receipt #: 2936432_____

Date Payment Rec'd: 7-16-08_____　　Fiscal Clerk: j. n._____

---

### ISSUANCES

☑ Summons　　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
　　　　　　　　　　　　　　　　　　☐ Other
☐ Writ _____
　　　*(Type of Writ)*　　　　　　　　_____
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*(Type of issuance)*

1_____ Original and 0_____ copies on 7-16-08_____ as to defendant_____
　　　　　　　　　　　　　　　*(Date)*