UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BERNARD BERGER,** | ) | |
| **CRAIG JOHNSON,** | ) | |
| **GREGORY CAHILLANE, and** | ) | |
| **ALBERTINE CONNELL,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 cv 4023 |
| | ) | |
| v. | ) | Hon. Suzanne Conlon |
| | ) | |
| **THE ART INSTITUTE OF CHICAGO,** | ) | |
| an Illinois Not-for-Profit Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant, the Art Institute of Chicago, by and through its attorneys, MILLER, CANFIELD, PADDOCK and STONE, P.L.C., pursuant to Federal Rule of Civil Procedure 6(b), and hereby moves this Court, without opposition by Plaintiffs, to extend the deadline by which Defendant must file a responsive pleading to Plaintiffs' Complaint by two weeks, thereby making Defendant's responsive pleading due on or before August 25, 2008. In support of its unopposed motion, Defendant states as follows:

1. Plaintiffs filed their Complaint in the instant action on July 16, 2008.

2. Defendant was served with the Complaint on or about July 22, 2008. Defendant's answer or other responsive pleading is, therefore, due on or about August 11, 2008.

3. On July 28, 2008, Defendant's counsel contacted Plaintiffs' counsel to request that the deadline for responding to Plaintiffs' Complaint be extended by two weeks, or until

August, 25, 2008, so that Defendant may adequately address the allegations in Plaintiffs' Complaint.

    4.    Plaintiffs' counsel does not oppose this motion.

WHEREFORE, Defendant requests that the Court grant its unopposed motion to extend the deadline to file a responsive pleading to Plaintiffs' Complaint, thereby making Defendant's responsive pleading due on or before August 25, 2008.

    Respectfully submitted,

| | |
|---|---|
| John S. Bishof, Jr. | s/Robert T. Zielinski |
| Jennifer Ann Clark | MILLER, CANFIELD, PADDOCK AND |
| LAW OFFICE OF JOHN BISHOF, P.C. | STONE, P.L.C. |
| **Attorneys for Plaintiffs** | **Attorneys for Defendant** |
| 77 West Washington St., Suite 1910 | 225 W. Washington, Suite 2600 |
| Chicago, IL  60602 | Chicago, IL 60606 |
| 312-630-2048 | 312-460-4200 |
| 312-630-2085 (Facsimile) | 312-460-4201 (Facsimile) |
| | email: zielinski@millercanfield.com |

2

## CERTIFICATE OF SERVICE

I, Robert T. Zielinski, hereby certify that on July 17, 2008, I caused a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** to be served upon counsel for the Plaintiff by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing to the following party:

> John S. Bishof, Jr.
> Jennifer Ann Clark
> LAW OFFICE OF JOHN BISHOF, P.C.
> **Attorneys for Plaintiffs**
> 77 West Washington St., Suite 1910
> Chicago, IL  60602

>                          s/Robert T. Zielinski

CHLIB:16552.1\135443-00009