UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BERNARD BERGER,** | ) | |
| **CRAIG JOHNSON,** | ) | |
| **GREGORY CAHILLANE, and** | ) | |
| **ALBERTINE CONNELL,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 cv 4023 |
| | ) | |
| v. | ) | Hon. Suzanne Conlon |
| | ) | |
| **THE ART INSTITUTE OF CHICAGO,** | ) | |
| an Illinois Not-for-Profit Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S BRIEF IN SUPPORT OF ITS UNOPPOSED MOTION TO EXTEND
THE DEADLINE TO FILE A RESPONSIVE PLEADING
TO PLAINTIFFS' COMPLAINT**

For the reasons stated in the attached motion, and pursuant to Fed. R. Civ. P. 6(b) and the

inherent authority of the Court, Defendants' unopposed motion to extend the deadline for

Defendants to file a responsive pleading to Plaintiffs' Complaint should be granted.

Respectfully submitted,

s/Robert T. Zielinski
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
**Attorneys for Defendant**
225 W. Washington, Suite 2600
Chicago, IL 60606
312-460-4200
312-460-4201 (Facsimile)
email: zielinski@millercanfield.com

## <u>CERTIFICATE OF SERVICE</u>

I, Robert T. Zielinski, hereby certify that on July 17, 2008, I caused a copy of the foregoing **DEFENDANT'S BRIEF IN SUPPORT OF ITS UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** to be served upon counsel for the Plaintiff by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing to the following party:

>      John S. Bishof, Jr.
>      Jennifer Ann Clark
>      LAW OFFICE OF JOHN BISHOF, P.C.
>      **Attorneys for Plaintiffs**
>      77 West Washington St., Suite 1910
>      Chicago, IL  60602

>                              s/Robert T. Zielinski

CHLIB:16550.1\135443-00009