# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4023 | **DATE** | 7/30/2008 |
| **CASE TITLE** | BERNARD BERGER, ET AL vs. THE ART INSTITUTE OF CHICAGO | | |

**DOCKET ENTRY TEXT**  *from August 11, 2008*

Defendant's unopposed motion to extend the deadline to August 25, 2008 to file a responsive pleading to plaintiffs' complaint [10] is granted. The status hearing set on August 25, 2008 stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

Courtroom Deputy Initials: WH

Case 1:08-cv-04023  Document 13  Filed 07/30/2008  Page 1 of 1

08C4023 BERNARD BERGER, ET AL vs. THE ART INSTITUTE OF CHICAGO                                                   Page 1 of 1