**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 cv 4023 |
|---|---|
| Bernard Berger, Craig Johnson, Gregory Cahillane and Albertine Connell, Plaintiffs <br> v. <br> The Art Institute of Chicago., Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Art Institute of Chicago

| NAME (Type or print) |
|---|
| Scott R. Eldridge |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott R. Eldridge |
| FIRM |
| Miller Canfield Paddock and Stone, P.L.C. |
| STREET ADDRESS |
| One Michigan Avenue, Suite 900 |
| CITY/STATE/ZIP |
| Lansing, MI  48933 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| P66452 | (517) 483-4942 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐