# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4023 | **DATE** | 8/25/2008 |
| **CASE TITLE** | BERNARD BERGER, ET AL vs. THE ART INSTITUTE OF CHICAGO | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by September 8, 2008. Parties shall comply with FRCP 26(a)(2) by March 23, 2009. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on April 22, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on May 8, 2009 at 9:00 a.m.; plaintiffs shall submit draft to defendant by May 1, 2009. The case is placed on the May 2009 trial calendar.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|