UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD BERGER, <br> CRAIG JOHNSON, <br> GREGORY CAHILLANE, and <br> ALBERTINE CONNELL, <br><br> Plaintiffs, <br><br> v. <br><br> THE ART INSTITUTE OF CHICAGO, <br> an Illinois Not-for-Profit Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> Case No. 08 cv 4023 <br><br> Hon. Suzanne Conlon |

**DEFENDANT THE ART INSTITUTE OF CHICAGO'S NOTIFICATION
<u>AS TO AFFILIATES PURSUANT TO LR 3.2</u>**

NOW COMES Defendant The Art Institute of Chicago, by and through its attorneys, MILLER, CANFIELD, PADDOCK and STONE, P.L.C., and submits its Notification as to Affiliates pursuant to LR 3.2 as follows:

Defendant is a non-governmental party with no publicly held affiliates.

Dated:  September 3, 2008              Respectfully submitted,

                                       The Art Institute of Chicago


                                       By:  /s/  Robert T. Zielinski
                                              One of its Attorneys

Robert T. Zielinski
Miller Canfield Paddock and Stone, P.L.C.
225 West Washington Street, Suite 2600
Chicago, Illinois  60606
Phone (312) 460-4216
Fax: (312) 460-4201
*Attorneys for Defendant*
www.zielinski@millercanfield.com

## CERTIFICATE OF SERVICE

      I, Robert T. Zielinski, certify that on September 3, 2008, I served the attached **Notification as to Affiliates** by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing to the following parties:

>John S. Bishof, Jr.
>Jennifer Ann Clark
>LAW OFFICE OF JOHN BISHOF, P.C.
>**Attorneys for Plaintiffs**
>77 West Washington St., Suite 1910
>Chicago, IL  60602

                                              s/ Robert T. Zielinski
                                              One of the Attorneys for Defendants